FUTTERMAN & DUPREE LLP
MICHAEL A. FUTTERMAN (110464)
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 399-3840
Facsimile:  (415) 399-3838
Email:  mfutterman@dfdlaw.com

*Attorneys for Plaintiff InterSearch Group, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| INTERSEARCH GROUP, INC., | Case No. C 06-1047 |
|---|---|
| *Plaintiff,* | **NOTICE OF DISMISSAL** **FRCP 41(a)(1)(i)** |
| v. | |
| INTERSEARCH, INC., | |
| *Defendant.* | |

IT IS SO ORDERED

Judge Vaughn R Walker

Plaintiff InterSearch Group, Inc. hereby dismisses this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(i).

Dated: June _5_, 2006

FUTTERMAN & DUPREE LLP

By: _____
Michael A. Futterman
Attorneys for Plaintiff InterSearch Group, Inc.